UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br><br>UTAH RETIREMENT SYSTEMS,<br><br>Petitioner,<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence in This District | Case No.  15-mc-80240-JCS<br><br>**ORDER GRANTING *EX PARTE* APPLICATION BY UTAH RETIREMENT SYSTEMS FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO SANDRA LYNN LEDREW FOR THE TAKING OF A DEPOSITION FOR USE IN A FOREIGN PROCEEDING**<br><br>Re: Dkt. No. 1 |

Petitioner Utah Retirement Systems submitted an *ex parte* Application pursuant to 28 U.S.C. § 1782 seeking an Order from this Court authorizing it to serve Sandra Lynn LeDrew with a subpoena to appear for a deposition for use in a foreign proceeding.  Good cause shown, the Court hereby GRANTS the Application and ORDERS that the subpoena attached to the Application be issued forthwith.  The deposition shall be limited to the deponent's investigation of Treasury Wine Estates' U.S. distributor inventory position prior to July 15, 2013, and shall not include document requests.

**IT IS SO ORDERED.**

Dated: October 9, 2015

JOSEPH C. SPERO
Chief Magistrate Judge