UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br>UTAH RETIREMENT SYSTEMS,<br>　　　　　Petitioner,<br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence in This District | Case No.  15-mc-80240-JCS<br><br>**ORDER GRANTING *EX PARTE* APPLICATION BY UTAH RETIREMENT SYSTEMS FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO ALEJANDRO ESCALANTE FOR THE TAKING OF A DEPOSITION FOR USE IN A FOREIGN PROCEEDING**<br><br>Re: Dkt. No. 2 |

Petitioner Utah Retirement Systems submitted an *ex parte* Application pursuant to 28 U.S.C. § 1782 seeking an Order from this Court authorizing it to serve Alejandro Escalante with a subpoena to appear for a deposition for use in a foreign proceeding. Good cause shown, the Court hereby GRANTS the Application and ORDERS that the subpoena attached to the Application be issued forthwith. The deposition shall be limited to the deponent's knowledge during his employment with Treasury Wine Estates of issues related to its U.S. distributor inventory position prior to July 15, 2013, and shall not include document requests.

**IT IS SO ORDERED.**

Dated: October 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　	　　　　　　　　　　　Chief Magistrate Judge